UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD ZIMMERMAN | CASE NO. |
| Plaintiffs, | |
| v. | |
| AIR & LIQUID SYSTEMS CORPORATION., as Successor by Merger to Buffalo Pumps, Inc., AMETEK, INC., successor in interest to Schutte & Koerting, LLC; CBS CORPORATION, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation and as successor in Interest to B.F. Sturtevant, CRANE CO., individually and as successor to Jenkins Bros. and Weinman Pump Manufacturing Co., Chapman Valve Company and Cochrane, EATON CORPORATION, individually and as successor to Vickers and Waterbury Tool, FOSTER WHEELER L.L.C., GENERAL ELECTRIC COMPANY, and VIAD CORP. individually and as successor to The Griscom Russell Co. | FEBRUARY 11, 2014 |
| Defendants. | |

## STATEMENT IN COMPLIANCE WITH STANDING ORDERS IN REMOVED CASES

The defendant, Viad Corp incorrectly sued as Viad Corp. individually and as successor to The Griscom Russell Co. ("Viad"), hereby complies with the Court's Standing Order in Removed Cases as set forth below.

1. The date on which each defendant first received a copy of the summons and complaint in the state court action.

**ANSWER**:  Viad first received a copy of the Summons and Complaint from its agent for service of process on January 30, 2014.  The undersigned is not certain when the co-defendants received a copy of the Summons and Complaint or when they received service.

2. The date on which each defendant was served with a copy of the summons and complaint, if any of those dates are different from the dates set forth in item 1.

**ANSWER**:  Viad's agent for service of process in Connecticut was served with the Summons and Complaint on January 30, 2014.  The undersigned is not certain when the co-defendants received a copy of the Summons and Complaint or when they received service.

3. In diversity cases, whether any defendant who has been served is a citizen of Connecticut.

**ANSWER**:  This matter was not removed based on diversity.

4. If removal takes place more than thirty (30) days after any defendant first received a copy of the summons and complaint, the reason why removal has taken place at this time.

**ANSWER**:  This Notice of Removal is timely filed within thirty (30) days of Viad's receipt of the Summons and Complaint, pursuant to 28 U.S.C. § 1446(b).

5. The name of any defendant served prior to the filing of the notice of removal that has not formally joined in the notice of removal and the reasons why any such defendant did not join in the notice of removal.

**ANSWER**:  This case is being removed pursuant to the federal officer removal provisions of 28 U.S.C. § 1442(a)(1).  Federal officer removal pursuant to this statute is

an exception to the general rule requiring all named defendants to join in the removal notice.  Nevertheless, the undersigned counsel believes that the co-defendants will join in the removal based on federal officer jurisdiction.

- 4 -

        VIAD CORP INCORRECTLY SUED AS VIAD CORP., individually and as successor to THE GRISCOM-RUSSELL CO.


BY /S/ Christopher J. Lynch _____
    Christopher J. Lynch, Esq.
    Federal Bar No. ct07308
    LeClairRyan, A Professional Corporation
    One Financial Plaza
    755 Main Street, Suite 2000
    Hartford, CT  06103
    860.656.1935 (Direct)
    860.656.1985 (Fax)
    Christopher.lynch@leclairryan.com

## **CERTIFICATION**

      I hereby certify that on February 11, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Christopher Meisenkothen, Esq.
Elizabeth Tavelli, Esq.
Early, Lucarelli, Sweeney & Meisenkothen, LLC
One Century Tower, 11th Floor
265 Church Street,
P.O. Box 1866
New Haven, CT 06508-1866
cmeisenkothen@elslaw.com
etavelli@elslaw.com
***(Counsel for the Plaintiff Ronald Zimmerman)***

Robert F. Martin, Esq.
Eckert Seamans
10 Bank Street
7th Floor
White Plains
New York
10606
rmartin@eckertseamans.com
***(Counsel for CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation and as successor in interest to B.F. Sturtevant)***

Kendra Christensen, Esq.
Bryna Rosen Misiura, Esq.
Michael D. Simmons, Esq.
Governo Law Firm, LLC
Two International Place, 15th Floor
Boston, MA  02110
kchristensen@governo.com
bmisiura@governo.com
msimmons@governo.com
*(Counsel for Air & Liquid Systems Corporation, as successor by merger to Buffalo Pumps, Inc.)*

Patrick J. Glinka, Esq.
DanaherLagnese, PC
21 Oak Street
Hartford, CT.
06106
*(Counsel for Crane Co., individually and as successor to Jenkins Bros. and Weinman Pump Manufacturing Co., Chapman Valve Company and Cochrane)*

Kristen W. Sherman, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza
8th Floor Providence RI
02903
ksherman@apslaw.com
*(Counsel for Foster Wheeler L.L.C.)*

Bryan M. Abramoske, Esq.
Cetrulo LLP
Two Seaport Lane
10th Floor
Boston, MA
02210
babramoske@cetllp.com
*(Counsel for Ametek, Inc., successor in interest to Schutte & Koerting)*

Brett Michael Szczesny, Esq.
Dan E. Labelle, Esq.
Halloran & Sage LLP
315 Post Road
Westport, CT 06880
szczesny@halloran-sage.com
labelle@halloran-sage.com
*(Counsel for General Electric Company)*

Robert Flynn, Esq.
O'Connell, Attmore & Morris, LLC
280 Trumbull Street
23rd Floor
Hartford, Connecticut 06103
and
Margaret Vellucci, Esq.
Pond North, LLP
99 Derby Street
Suite 201
Hingham, Massachusetts 02043
rflynn@oamlaw.com
mvellucci@pondnorth.com
*(Counsel for Eaton Corporation, individually and as successor to Vickers and Waterbury Tool)*

    /S/Christopher J. Lynch_____
Christopher J. Lynch ct07308