UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD ZIMMERMAN | CASE NO. |
|             Plaintiffs, | |
| v. | |
| AIR & LIQUID SYSTEMS CORPORATION., as Successor by Merger to Buffalo Pumps, Inc., AMETEK, INC., successor in interest to Schutte & Koerting, LLC; CBS CORPORATION, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation and as successor in Interest to B.F. Sturtevant, CRANE CO., individually and as successor to Jenkins Bros. and Weinman Pump Manufacturing Co., Chapman Valve Company and Cochrane, EATON CORPORATION, individually and as successor to Vickers and Waterbury Tool, FOSTER WHEELER L.L.C., GENERAL ELECTRIC COMPANY, and VIAD CORP. individually and as successor to The Griscom Russell Co. | FEBRUARY 11, 2014 |
|             Defendants. | |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the defendant, Viad Corp incorrectly sued as Viad Corp. individually and as successor to The Griscom Russell Co. ("Viad") certifies the following:

    1. Viad is a publicly held entity and is not a subsidiary of any parent holding company.

    2. No publicly held corporation owns 10% or more of Viad's stock.

- 2 -

VIAD CORP INCORRECTLY SUED AS VIAD CORP., individually and as successor to THE GRISCOM-RUSSELL CO.

BY /S/ Christopher J. Lynch_____
    Christopher J. Lynch, Esq.
    Federal Bar No. ct07308
    LeClairRyan, A Professional Corporation
    One Financial Plaza
    755 Main Street, Suite 2000
    Hartford, CT  06103
    860.656.1935 (Direct)
    860.656.1985 (Fax)
    Christopher.lynch@leclairryan.com

## **CERTIFICATION**

      I hereby certify that on February 11, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Christopher Meisenkothen, Esq.
Elizabeth Tavelli, Esq.
Early, Lucarelli, Sweeney & Meisenkothen, LLC
One Century Tower, 11th Floor
265 Church Street,
P.O. Box 1866
New Haven, CT 06508-1866
cmeisenkothen@elslaw.com
etavelli@elslaw.com
***(Counsel for the Plaintiff Ronald Zimmerman)***

Robert F. Martin, Esq.
Eckert Seamans
10 Bank Street
7th Floor
White Plains
New York
10606
rmartin@eckertseamans.com
***(Counsel for CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation and as successor in interest to B.F. Sturtevant)***

Kendra Christensen, Esq.
Bryna Rosen Misiura, Esq.
Michael D. Simmons, Esq.
Governo Law Firm, LLC
Two International Place, 15th Floor
Boston, MA  02110
kchristensen@governo.com
bmisiura@governo.com
msimmons@governo.com
*(Counsel for Air & Liquid Systems Corporation, as successor by merger to Buffalo Pumps, Inc.)*

Patrick J. Glinka, Esq.
DanaherLagnese, PC
21 Oak Street
Hartford, CT.
06106
*(Counsel for Crane Co., individually and as successor to Jenkins Bros. and Weinman Pump Manufacturing Co., Chapman Valve Company and Cochrane)*

Kristen W. Sherman, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza
8th Floor Providence RI
02903
ksherman@apslaw.com
*(Counsel for Foster Wheeler L.L.C.)*

Bryan M. Abramoske, Esq.
Cetrulo LLP
Two Seaport Lane
10th Floor
Boston, MA
02210
babramoske@cetllp.com
*(Counsel for Ametek, Inc., successor in interest to Schutte & Koerting)*

Brett Michael Szczesny, Esq.
Dan E. Labelle, Esq.
Halloran & Sage LLP
315 Post Road
Westport, CT 06880
szczesny@halloran-sage.com
labelle@halloran-sage.com
*(Counsel for General Electric Company)*

Robert Flynn, Esq.
O'Connell, Attmore & Morris, LLC
280 Trumbull Street
23rd Floor
Hartford, Connecticut 06103
and
Margaret Vellucci, Esq.
Pond North, LLP
99 Derby Street
Suite 201
Hingham, Massachusetts 02043
rflynn@oamlaw.com
mvellucci@pondnorth.com
*(Counsel for Eaton Corporation, individually and as successor to Vickers and Waterbury Tool)*

      /S/Christopher J. Lynch_____
    Christopher J. Lynch ct07308