UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ELECTRONIC FILING ORDER IN CIVIL CASES**

The parties shall file all documents in this case electronically. Counsel must comply with the following requirements:

1. Counsel must comply with all applicable Federal Rules of Civil Procedure, the District's Local Rules, the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system.

2. Documents filed electronically must be filed in OCR text searchable PDF format.

3. Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide chambers with one paper copy of the following e-filed documents:

    All documents (including briefs and exhibits) relating to the following:

    a. Applications for temporary restraining orders, preliminary injunctions or prejudgment remedies;
    b. Dispositive motions (motions to dismiss, for judgment on the pleadings, or for summary judgment);
    c. Proposed voir dire and requested jury instructions;
    d. Joint Trial Memorandum;
    e. Trial briefs, including proposed findings of fact and conclusions of law; and
    f. Any other motion, request or application which, taken together with all related filings (e.g., memorandum in support and affidavits), are **in excess of 15 pages**.

IT IS SO ORDERED,


/s/ Michael P. Shea
Michael P. Shea
United States District Judge


Rev 3/1/13