UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD ZIMMERMAN,<br><br>     Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, as Successor by Merger to Buffalo Pumps, Inc.,<br>AMETEK, INC, successor in interest to Schutte & Koerting, LLC,<br>CBS CORPORATION, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation and as successor in interest to B.F. Sturtevant,<br>CRANE CO., individually and as successor to Jenkins Bros. and Weinman Pump Manufacturing Co., Chapman Valve Company and Cochran,<br>EATON CORPORATION, individually and as successor to Vickers and Waterbury Tool,<br>FOSTER WHEELER L.L.C,<br>GENERAL ELECTRIC COMPANY, and<br>VIAD CORP., individually and as successor to The Griscom Russell Co.<br><br>     Defendants. | C.A. No. 3:14-cv-00176-MPS |

## **NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned counsel on behalf of defendant AMETEK, INC, incorrectly sued as successor in interest to Schutte & Koerting, LLC.

THE DEFENDANT,<br>
AMETEK, INC.<br>
<br>
<i>/s/ Matthew J. Zamaloff</i><br>
Matthew J. Zamaloff<br>
Federal Bar No. ct27509<br>
Cetrulo LLP<br>
2 Seaport Lane, 10th Floor<br>
Boston, MA 02210<br>
Tel:  (617) 217-5500<br>
Fax:  (617) 217-5200<br>
mzamaloff@cetllp.com

DATED: February 18, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2014, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this document through the court's CM/ECF system.

<i>/s/ Matthew J. Zamaloff</i><br>
Matthew J. Zamaloff

23293386v1