# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD ZIMMERMAN,<br><br>        Plaintiff,<br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, as Successor by Merger to Buffalo Pumps, Inc.;<br>AMETEK, INC, successor in interest to Schutte & Koerting, LLC;<br>CBS CORPORATION, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation and as successor in interest to B.F. Sturtevant;<br>CRANE CO., individually and as successor to Jenkins Bros. and Weinman Pump Manufacturing Co., Chapman Valve Company and Cochran;<br>EATON CORPORATION, individually and as successor to Vickers and Waterbury Tool;<br>FOSTER WHEELER L.L.C;<br>GENERAL ELECTRIC COMPANY, and<br>VIAD CORP., individually and as successor to The Griscom Russell Co.,<br><br>        Defendant(s). | C.A. No. 3:14-cv-00176-MPS |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

The undersigned hereby enters his appearance on behalf of CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation (hereinafter "CBS Corporation") (improperly identified as Viacom, Inc.) in the above captioned matter.

|  |  |
|---|---|
|  | Respectfully submitted,<br>Defendant,<br>CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION |
|  |     /s/Robert F. Martin<br>Robert F. Martin<br>Eckert Seamans Cherin & Mellott LLC<br>10 Bank Street, 7th Fl.<br>White Plains, NY 10606<br>Juris No.CT18424<br>Phone: (914) 286-6439 |
| Dated: February 24, 2014 | rmartin@eckertseamans.com |

## CERTIFICATE OF SERVICE

      I hereby certify that on February 24, 2014 a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated below.  Parties may access this filing through the Court's CM/ECF System.

          /s/Robert F. Martin
          Robert F. Martin

Representing Ronald Zimmerman
*(Plaintiff):*

Christopher Meisenkothen
Early, Lucarelli, Sweeney & Meisenkothen, LLC
One Century Tower
265 Church St., 11th Fl.
PO Box 1866
New Haven, CT 06508-1866
203-777-7799
203-785-1671 (fax)
cmeisenkothen@elslaw.com

Representing Ametek, Inc
*(Defendant):*

Bryan Matthew Abramoske
Cetrulo LLP
Exchange Place
Two Seaport Lane, 10th Fl.
Boston, MA 02210
617-217-5500
617-217-5200 (fax)
babramoske@cetllp.com

Matthew Jason Zamaloff
Cetrulo LLP
Exchange Place
Two Seaport Lane, 10th Fl.
Boston, MA 02210
617-217-5226
617-217-5200 (fax)
mzamaloff@cetllp.com

Representing Viad Corp
*(Defendant):*

Christopher J. Lynch
LeClairRyan
One Financial Plaza

755 Main Street, Suite 2000
Hartford, CT 06103
860-656-1935
860-656-1985 (fax)
christopher.lynch@leclairryan.com