# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD ZIMMERMAN,<br><br>      Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, as Successor by Merger to Buffalo Pumps, Inc.;<br>AMETEK, INC, successor in interest to Schutte & Koerting, LLC;<br>CBS CORPORATION, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation and as successor in interest to B.F. Sturtevant;<br>CRANE CO., individually and as successor to Jenkins Bros. and Weinman Pump Manufacturing Co., Chapman Valve Company and Cochran;<br>EATON CORPORATION, individually and as successor to Vickers and Waterbury Tool;<br>FOSTER WHEELER L.L.C;<br>GENERAL ELECTRIC COMPANY, and VIAD CORP., individually and as successor to The Griscom Russell Co.,<br><br>      Defendant(s). | C.A. No. 3:14-cv-00176-MPS |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1 OF DEFENDANT CBS CORPORATION[1]

Defendant CBS Corporation ("CBS Corporation"), by and through the

undersigned counsel, pursuant to F.R.C.P. 7.1, states that on December 31, 2005,

---

[1] CBS Corporation (a Delaware corporation f/k/a Viacom, Inc.) is a successor by merger to CBS Corporation (a Pennsylvania corporation f/k/aWestinghouse Electric Corporation).

Viacom Inc. changed its name to CBS Corporation. CBS Corporation is a publicly traded company with no parent company; however, National Amusements, Inc. is a privately held company which owns the majority of the voting stock of CBS Corporation. No publicly held corporation owns 10% or more of the stock of CBS Corporation.

Respectfully submitted, Defendant,

CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION

_____/s/Robert F. Martin_____
Robert F. Martin
Eckert Seamans Cherin & Mellott LLC
10 Bank Street, 7th Fl.
White Plains, NY 10606
Juris No.CT18424
Phone: (914) 286-6439
rmartin@eckertseamans.com

Dated: February 24, 2014

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2014 a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated below.  Parties may access this filing through the Court's CM/ECF System.

_____/s/Robert F. Martin_
Robert F. Martin

Representing Ronald Zimmerman
*(Plaintiff):*

Christopher Meisenkothen
Early, Lucarelli, Sweeney & Meisenkothen, LLC
One Century Tower
265 Church St., 11th Fl.
PO Box 1866
New Haven, CT 06508-1866
203-777-7799
203-785-1671 (fax)
cmeisenkothen@elslaw.com

Representing Ametek, Inc
*(Defendant):*

Bryan Matthew Abramoske
Cetrulo LLP
Exchange Place
Two Seaport Lane, 10th Fl.
Boston, MA 02210
617-217-5500
617-217-5200 (fax)
babramoske@cetllp.com

Matthew Jason Zamaloff
Cetrulo LLP
Exchange Place
Two Seaport Lane, 10th Fl.
Boston, MA 02210
617-217-5226
617-217-5200 (fax)
mzamaloff@cetllp.com

Representing Viad Corp

*(Defendant):*

Christopher J. Lynch
LeClairRyan
One Financial Plaza
755 Main Street, Suite 2000
Hartford, CT 06103
860-656-1935
860-656-1985 (fax)
christopher.lynch@leclairryan.com