UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

RONALD ZIMMERMAN          :
    Plaintiff          :
                          :
                          :    3:14-cv-00176
VS.                              :
                          :
AIR & LIQUID SYSTEMS CORPORATION, ET ALS,   :
    Defendants          :

## CORPORATE DISCLOSURE STATEMENT OF

## EATON HYDRAULICS LLC

The defendant, Eaton Hydraulics LLC, successor by merger to Eaton Hydraulics Inc. (formerly known as Vickers, Incorporated) (incorrectly sued as Eaton Corporation…as successor to Vickers and Waterbury Tool), by and through counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby files this disclosure statement, stating as follows: Eaton Hydraulics LLC is a subsidiary of Eaton Corporation.  No publicly held corporation owns 10% or more of the stock of Eaton Hydraulics LLC.

    Respectfully submitted,

    Eaton Hydraulics LLC
    By its Attorney,

    /s/ Margreta Vellucci
    _____
    Margreta Vellucci, Esquire
    Federal Bar no:  ct28530
    Pond North LLP
    99 Derby Street, Suite 201
    Hingham, MA 02043
    (781) 556-0060 PHONE
    (781) 740-9475 FAX

February 24, 2014

## CERTIFICATE OF SERVICE

      I, Margreta Vellucci, attorney for Defendant, Eaton Hydraulics LLC, hereby certify that a copy of the herein Corporate Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

                                                    /s/ Margreta Vellucci

                                                    Margreta Vellucci (#ct28530)

February 24, 2014