UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD ZIMMERMAN | ) | No. 3:14-cv-00176-MPS |
| Plaintiff | ) | |
| Vs. | ) | |
| | ) | |
| AIR & LIQUID SYSTEMS CORP., | ) | |
| successor by merger to Buffalo Pumps, Inc., | ) | |
| ET AL. | ) | |
| Defendants. | ) | February 25, 2014 |

### PLAINTIFF'S REPLY TO DEFENDANT EATON HYDRAULICS LLC, SUCCESSOR BY MERGER TO EATON HYDRAULICS INC.'S (FORMERLY KNOWN AS VICKERS, INCORPORATED) ANSWER, SPECIAL DEFENSES, CROSS-CLAIMS AND ANSWER TO ALL CROSS CLAIMS

Pursuant to the Federal Rules of Civil Procedure, Rule 12, the plaintiff hereby submits his reply to the defendant, Eaton Hydraulics LLC, Successor by Merger to Eaton Hydraulics Inc.'s (formerly known as Vickers, Incorporated) Answer, Special Defenses, Cross-Claims and Answer to all Cross-Claims filed on February 24, 2014 in case no. 3:14-cv-00176-MPS in the U.S. District Court for the District of Connecticut.

Plaintiff hereby denies each and every affirmative defense numbered one through eighty-two.

Respectfully submitted,
THE PLAINTIFFS

By   s/Christopher Meisenkothen
Christopher Meisenkothen, Esq.
Early, Lucarelli, Sweeney & Meisenkothen, LLC
One Century Tower, 11th Floor
265 Church St., PO Box 1866
New Haven, CT  06508-1866
203-777-7799 p
203-785-1671 f
Juris No. ct20906

CERTIFICATE OF SERVICE

      I hereby certify that on February 25, 2014 a copy of foregoing **REPLY TO DEFENDANT DEFENDANT EATON HYDRAULICS LLC'S ANSWER, SPECIAL DEFENSES, CROSS-CLAIMS AND ANSWER TO ALL CROSS CLAIMS** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

        s/Christopher Meisenkothen
Christopher Meisenkothen, Esq. (ct20906)
Early, Lucarelli, Sweeney, & Meisenkothen, LLC
265 Church Street, 11th Floor
New Haven, CT  06510
203-777-7799 phone
203-785-1671 fax
cmeisenkothen@elslaw.com
Counsel for the Plaintiff