UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD ZIMMERMAN, | : |
| | : |
| Plaintiffs, | : CIVIL ACTION NO.: 3:14-cv-00176-MPS |
| | : |
| v. | : |
| | : |
| AIR & LIQUID SYSTEMS CORPORATION | : |
| AMTEK, INC. | : |
| CBS CORPORATION | : |
| CRANE CO. | : |
| EATON CORPORATION | : |
| FOSTER WHEELER, LLC | : |
| GENERAL ELECTRIC COMPANY | : |
| VIAD CORP. | : |
| | |
| Defendants | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Crane Co.

        Respectfully submitted,

        THE DEFENDANT,
        CRANE CO.

By: s/ Patrick J. Glinka
     Patrick J. Glinka (ct27404)
     DanaherLagnese, PC
     21 Oak Street, Suite 700
     Hartford, CT  06106
     Phone: (860) 247-3666
     Fax:  (860) 547-1321
     Email: pglinka@danaherlagnese.com

Date:   February 28, 2014

## CERTIFICATE OF SERVICE

I, Patrick J. Glinka, herby certify that a copy of the foregoing document was served electronically on all counsel of record through the United States District Court for the District of Connecticut Electronic Filing System on February 28, 2014.

s/ Patrick J. Glinka
Patrick J. Glinka, Esq.

1002461-1