UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD ZIMMERMAN, | : |
| Plaintiffs, | : CIVIL ACTION NO.: 3:14-cv-00176-MPS |
| v. | : |
| AIR & LIQUID SYSTEMS CORPORATION<br>AMTEK, INC.<br>CBS CORPORATION<br>CRANE CO.<br>EATON CORPORATION<br>FOSTER WHEELER, LLC<br>GENERAL ELECTRIC COMPANY<br>VIAD CORP. | : |
| Defendants | |

## DEFENDANT CRANE CO.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Crane Co. hereby submits its Disclosure Statement, and shows the Court as follows:

1. Crane Co. states that it is not a subsidiary of any parent corporations.

2. Crane Co. also states that no publicly held corporation owns 10% or more of Crane Co.'s stock.

Respectfully submitted,

THE DEFENDANT,
CRANE CO.

By: s/ Patrick J. Glinka
Patrick J. Glinka (ct27404)
DanaherLagnese, PC
21 Oak Street, Suite 700
Hartford, CT  06106
Phone: (860) 247-3666
Fax:  (860) 547-1321
Email: pglinka@danaherlagnese.com

Date:   February 28, 2014

## CERTIFICATE OF SERVICE

I, Patrick J. Glinka, herby certify that a copy of the foregoing Disclosure Statement was served electronically on all counsel of record through the United States District Court for the District of Connecticut Electronic Filing System on February 28, 2014.

s/ Patrick J. Glinka
Patrick J. Glinka, Esq.

1002465-1