UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD ZIMMERMAN,<br><br>     Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC., et al.,<br><br>     Defendants. | USDC-District of Connecticut<br>Civil Action No. 3:14-cv-00176-MPS<br><br><br>March 4, 2014 |

## NOTICE OF APPEARANCE

To the Clerk of the Court:

     Please enter the appearance of Kendra A. Christensen and Governo Law Firm LLC on behalf of Defendant Air & Liquid Systems Corporation, as Successor by Merger to Buffalo Pumps, Inc.,[1] in the above case.

                              Respectfully submitted,
                              Air & Liquid Systems Corp., as Successor by
                              Merger to Buffalo Pumps, Inc.,
                              By its attorneys,

                              */s/ Kendra A. Christensen*
                              Kendra A. Christensen
                              Fed. Bar No. ct29250
                              Governo Law Firm LLC
                              Two International Place, 15th Floor
                              Boston, MA  02110
                              Phone:  (617) 737-9045
                              Fax: (617) 737-9046
                              kchristensen@governo.com

Dated:  March 4, 2014

---

[1] Buffalo Pumps, Inc. merged into Air & Liquid Systems Corporation on December 31, 2009.  The prior operations of Buffalo Pumps, Inc. now are conducted by the Buffalo Pumps Division of Air & Liquid Systems Corporation.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of March 2014, a copy of the foregoing was filed electronically on the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

                              */s/ Kendra A. Christensen*
                              Kendra A. Christensen