UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD ZIMMERMAN,<br><br>    Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION,<br>AS SUCCESSOR BY MERGER TO<br>BUFFALO PUMPS, INC., et al.,<br><br>    Defendants. | USDC-District of Connecticut<br>Civil Action No. 3:14-cv-00176-MPS<br><br><br>March 4, 2014 |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT**
**AIR & LIQUID SYSTEMS CORPORATION**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Air & Liquid Systems Corporation, sued in its alleged capacity as successor-by-merger to Buffalo Pumps, Inc. (hereinafter "Buffalo Pumps"), hereby states the following:

1. Air & Liquid Systems Corporation is a wholly-owned subsidiary of Ampco-Pittsburgh Corporation.

2. Ampco-Pittsburgh is a publicly-held corporation.

                                      Respectfully submitted,
                                      AIR & LIQUID SYSTEMS CORPORATION,
                                      By its attorneys,

                                      /s/ Kendra A. Christensen
                                      Kendra Christensen
                                      Fed. Bar No. ct29250
                                      Governo Law Firm LLC
                                      Two International Place, 15th Floor
                                      Boston, MA  02110
                                      Phone:  (617) 737-9045
                                      Fax: (617) 737-9046
                                      kchristensen@governo.com

## **CERTIFICATE OF SERVICE**

      I, Kendra A. Christensen, certify that on this 4th day of March, 2014, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to everyone unable to accept electronic filing as indicated in the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                /s/ Kendra A. Christensen
                                                Kendra A. Christensen, Esq.