UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____

| | | |
|---|---|---|
| RONALD ZIMMERMAN | : | Case No. 3:14-cv-00176-MPS |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| AIR & LIQUID SYSTEMS CORPORATION, AMETEK, INC., CBS CORPORATION, a Delaware Corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania Corporation, f/k/a Westinghouse Electric Corporation and as successor in interest to B.F. Sturtevant, CRANE CO., EASTON CORP., FOSTER WHEELER L.L.C., GENERAL ELECTRIC COMPANY, and VIAD CORP. | : | |
| | : | MARCH 7, 2014 |
| Defendants. | : | |

_____

**CORPORATE DISCLOSURE STATEMENT OF GENERAL ELECTRIC COMPANY**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant General Electric Company ("GE") certifies the following:

1. GE is a publicly traded corporation and has no parent corporation.

2. No publicly held corporation owns 10% or more of GE's stock.

                              THE DEFENDANT,

                              By:    */s/ Dan E. LaBelle*
                                      Dan E. LaBelle, Esq.
                                      HALLORAN & SAGE, LLP
                                      Fed. Bar #ct 01984
                                      315 Post Road West
                                      Westport, CT  06880
                                      Telephone: (203) 227-2855
                                      labelle@halloransage.com

## **CERTIFICATION OF SERVICE**

This is to certify that on this 7th day of March, 2014, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

                                                  ___/s/ *Dan E. LaBelle*_____
                                                           Dan E. LaBelle