## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD ZIMMERMAN | : | Case No. 3:14-cv-00176-MPS |
| Plaintiff, | : | |
| v. | : | |
| AIR & LIQUID SYSTEMS CORPORATION, AMETEK, INC., CBS CORPORATION, a Delaware Corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania Corporation, f/k/a Westinghouse Electric Corporation and as successor in interest to B.F. Sturtevant, CRANE CO., EASTON CORP., FOSTER WHEELER L.L.C., GENERAL ELECTRIC COMPANY, and VIAD CORP. | : | |
| | : | MARCH 7, 2014 |
| Defendants. | : | |

## **NOTICE OF APPEARANCE**

Enter my appearance as Attorney for the defendant, General Electric Company in the above-entitled case.

                                                                 THE DEFENDANT,

By:   */s/ Brett M. Szczesny*
       Brett M. Szczesny, Esq.
       HALLORAN & SAGE, LLP
       Fed. Bar #ct 19560
       315 Post Road West
       Westport, CT  06880
       (203) 227-2855
       szczesny@halloransage.com

## CERTIFICATION OF SERVICE

I hereby certify that on March 7, 2014, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            /s/  Brett M. Szczesny
                                              Brett M. Szczesny, Esq.