## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| RONALD ZIMMERMAN | : |
| Plaintiff | : 3:14-cv-00176 |
| v. | : |
| AIR & LIQUID SYSTEMS CORPORATION, ET AL | : |
| | : March 14, 2014 |
| Defendants | : |

---

## **NOTICE OF APPEARANCE**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant, Eaton Corporation, individually.

By: _/s/ Robert B. Flynn_
Robert B. Flynn, Esq.
Federal Bar No. ct15803
O'Connell, Attmore & Morris, LLC
280 Trumbull Street, 23rd Floor
Hartford, CT 06103
Telephone: 860-548-1300
Facsimile: 860-548-0023
rflynn@oamlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------

| | |
|---|---|
| RONALD ZIMMERMAN | : |
| | : |
| Plaintiff | :     3:14-cv-00176 |
| | : |
| v. | : |
| | : |
| AIR & LIQUID SYSTEMS CORPORATION, ET AL | : |
| | :     March 14, 2014 |
| Defendants | : |

------------------------------------------------------------

**<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify that on March 14, 2014, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                          _/s/ Robert B. Flynn_
                                                           Robert B. Flynn
                                                           ct15803