UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD ZIMMERMAN | : | Civil Action No. |
| | : | 3:14-cv-00176-MPS |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| AIR & LIQUID SYSTEMS CORP., et al., | : | |
| | : | April 4, 2014 |
| Defendants. | : | |

## WRITTEN STATEMENT OF COUNSEL REGARDING RULE 26(f) REPORT

Pursuant to the Court's Order of April 2, 2014, plaintiffs' and defense counsel submit this joint written statement regarding the filing of the Rule 26(f) Report. It has been the historical practice of the parties in asbestos-related cases originating in Connecticut state court for the parties to confer and coordinate on the filing of the Rule 26(f) Report, as required under the Federal Rules. Failure of the parties to coordinate in a timely fashion in this instance was inadvertant, atypical and not consistent with past practice (notwithstanding recent experience in the *Richard Romagnoli* case), for which the parties apologize. None of the parties wishes to see the others sanctioned, and the plaintiffs and defendants jointly request that the Court refrain from imposing any sanctions on any party as a result of the untimely filing of the Rule 26(f) Report.

Plaintiffs Richard and Bertha Zimmerman,

1

By /s/ Christopher Meisenkothen____   Date:  April 4, 2014


Defendant General Electric Company,

By /s/ Dan E. LaBelle_____   Date:  April 4, 2014


Defendant CBS Corp.,

By /s/ Robert Martin_____   Date: April 4, 2014


Defendant Eaton Corp.,

By /s/ Robert Flynn_____   Date:  April 4, 2014


Defendant Eaton Corp.,

By /s/ Margreta Vellucci_____   Date: April 4, 2014


Defendant Crane Co.,

By /s/ Patrick Glinka_____   Date: April 4, 2014


Defendant Ametek, Inc., incorrectly sued as successor-in-interest to Schutte &

Koerting, LLC

By /s/ Matthew Zamaloff_____   Date:  April 4, 2014

2

Defendant Viad Corp incorrectly sued as Viad Corp., individually and as successor to The Griscom-Russell Co.,

By_ /s/ Christopher Lynch_____   Date:  April 2, 2014


Defendant Air & Liquid Systems,

By_ /s/ Kendra Christensen_____   Date:  April 2, 2014